1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Joshua Joseph Rice

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | JOSHUA JOSEPH RICE,                          ) Case No.: CV 12-9340 SH
                                                  )
12 |     Plaintiff,                               ) ORDER AWARDING EQUAL
                                                  ) ACCESS TO JUSTICE ACT
13 |     vs.                                      ) ATTORNEY FEES AND EXPENSES
                                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting                    ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,             ) U.S.C. § 1920
15 |                                              )
         Defendant                                )
16                                                )
                                                  )
17

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20    IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE:   June 19, 2013

24                                    _____
                                      THE HONORABLE STEPHEN J. HILLMAN
25                                    UNITED STATES MAGISTRATE JUDGE

26

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Young Cho*
  | _____
4 | Young Cho
  | Attorney for plaintiff Joshua Joseph Rice
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26