1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Joshua Joseph Rice

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  JOSHUA JOSEPH RICE,                ) Case No.:  CV 12-9340 SH
                                       )
12          Plaintiff,                 ) ORDER AWARDING EQUAL
                                       ) ACCESS TO JUSTICE ACT
13       vs.                           ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting          ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,   ) U.S.C. § 1920
15                                     )
            Defendant                  )
16                                     )
                                       )
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

21  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE:    June 19, 2013

24                                     _____
                                       THE HONORABLE STEPHEN J. HILLMAN
25                                     UNITED STATES MAGISTRATE JUDGE

26

                                   -1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ *Young Cho*
      _____
4   Young Cho
    Attorney for plaintiff Joshua Joseph Rice
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26